Jacob M. Weisberg, SBN 049065
The Law Offices of Jacob M. Weisberg
844 North Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Fax (559) 442-3164

Attorney for Plaintiff Eric Lewis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEWIS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DR. JAMES PEAKES, Secretary<br>United States Department of Veterans Affairs,<br><br>　　　　　　　Defendant. | Case No.: 1:09- CV 00318 LJO DLB<br><br>**EXPARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER**<br><br>CURRENT DATE: 5/26/09<br>TIME:　　　　　9:00 a.m.<br>JUDGE:　　Hon. Dennis L. Beck<br><br>NEW DATE:　　9/16/09<br>TIME:　　　　　9:00 a.m.<br>JUDGE:　　Hon. Dennis L Beck |

　　　Plaintiff applies to this court to continue the current scheduling conference scheduled on May 26, 2009 at 900 a.m. before the Hon. Dennis L. Beck to September 16, 2009 at 9:00 a.m. before the Hon. Dennis L. Beck. Defendant will be represented by Alyson Berg, Assistant United States Attorney but Defendant has not yet appeared in the matter. Ms. Berg has been advised of this request and does not oppose the request and the proposed date of September 16, 2009 has been cleared with her calendar. This application has also been reviewed by her and she has no objection to it.

////

////

-1-
EXPARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER

The Attorney General has been served with this complaint on May 1, 2009 and he will respond to the complaint within 60 days, which should give sufficient time for the parties to prepare and file a joint scheduling conference report.

Dated: May 1, 2009         LAW OFFICES OF JACOB M. WEISBERG

By:     /s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiff
ERIC LEWIS

## **ORDER**

Good Cause appearing, it is so ordered.

May 5, 2009

   /s/ Dennis L. Beck
Dennis L. Beck, Magistrate Judge

-2-
EXPARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER