```
LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
```

Attorneys for Defendant Eric K. Shinseki, Secretary of the United States Department of Veterans Affairs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ERIC LEWIS, | ) | 1:09-cv-00318-LJO-DLB |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |
| v. | ) | |
| DR. JAMES PEAKES, Secretary United States Department of Veterans Affairs, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Eric K. Shinseki has replaced Dr. James Peakes as Secretary of the United States Department of Veterans Affairs. Accordingly, pursuant to Fed. R. Civ. P. 26(d)(1), Eric K. Shinseki is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party."

Respectfully submitted,

Dated: September 2, 2009            LAWRENCE G. BROWN
                                    United States Attorney


                                    By:     /s/Alyson A. Berg
                                            ALYSON A. BERG
                                            Assistant U.S. Attorney
                                            Attorneys for Defendant
                                            United States of America


1 **ORDER**

2     IT IS SO ORDERED.

3 **Dated:**   **September 3, 2009**           /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER