IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LEWIS, | ) | 1:09cv0318 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. JAMES PEAKES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Eric Lewis filed an application for an order shortening time on August 4, 2010, and set the hearing on the application for August 6, 2010. Court will not be held on August 6, however, and the hearing is therefore VACATED. The parties are appearing at a settlement conference on August 9, 2010, and the application to shorten time will be discussed at that time.

IT IS SO ORDERED.

Dated:   **August 5, 2010**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1