1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
   Attorney for Plaintiff: ERIC LEWIS
5

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEWIS, | CASE NO:  1:09-cv-00318-LJO-DLB |
| Plaintiff, | [PROPOSED] ORDER ON APPLICATION FOR ORDER SHORTENING TIME |
| vs. | (Local Rule 144; Fed. R. Civ. P.6.) |
| ERIK K. SHINSEKI, Secretary United States Department of Veterans Affairs, | Hearing Date:  August 13, 2010<br>Hearing Time:  9:00 a.m.<br>Dept. No. :       9 |
| Defendant. | Honorable Dennis L. Beck, Magistrate Judge |
| | Trial Date:  March 14, 2011 |

   The matter came for hearing on August 9, 2010.  Appearing on behalf of the plaintiff was JACOB M. WEISBERG and appearing on behalf of the defendant was ALYSON A. BYRD.

   After consideration of the moving papers and arguments and good cause appearing therefore IT IS HEREBY ORDERED:

   1.  Plaintiff's Motion to Amend Scheduling Order is to be heard on August 13, 2010 at 9:00 a.m. before honorable Dennis Beck.

   2.  Plaintiff filed and served his moving papers on August 4, 2010.

-1-
[Proposed] Order On Application For Order Shortening Time

1   3.  Defendant shall file and serve its opposition by August 11, 2010..

5   IT IS SO ORDERED.

6   Dated:   **August 9, 2010**                              /s/ *Dennis L. Beck*
7                                                           UNITED STATES MAGISTRATE JUDGE