Jacob M. Weisberg, SBN 049065
The Law Offices of Jacob M. Weisberg
844 North Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Fax (559) 442-3164

Attorney for Plaintiff Eric Lewis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEWIS,<br><br>           Plaintiff,<br><br>     vs.<br><br>DR. JAMES PEAKES, Secretary<br>United States Department of Veterans Affairs,<br><br>           Defendant. | CASE NO:  Case No.: 1:09-cv-00318-LJO-DLB<br><br>STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER |

   IT IS STIPULATED by the parties through their respective counsel that the Scheduling Conference Order in the above case is modified to extend discovery from September 10, 2010 to September 16, 2010.

DATED:  August 23, 2010            /s/ Jacob M. Weisberg
            JACOB                   M. WEISBERG,
                                   Attorney for Plaintiff
                                   ERIC LEWIS

DATED:  August 23, 2010           BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Alyson A. Berg
                                   Attorneys for Defendant
      United                        States of America

-1-
Stipulation and Order re Modify Scheduling Order

## ORDER

UPON GOOD CAUSE BEING SHOWN AS SET FORTH IN THE Stipulation of counsel, the Scheduling Conference Order in the above case is modified to extend discovery from September 10, 2010 to September 16, 2010.

IT IS SO ORDERED.

Dated: 25 August 2010            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE