1 Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
2 844 N. Van Ness Avenue
Fresno, CA  93728
3 Telephone: (559) 441-0201
Facsimile: (559) 442-3164
4
5 Attorney for Plaintiff: ERIC LEWIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ERIC LEWIS, | CASE NO.:  1:09-cv-00318-LJO-DLB |
|---|---|
| Plaintiff, | EXPARTE APPLICATION TO CONTINUE HEARING DATE; NON-OPPOSITION TO CONTINUANCE BY DEFENDANT AND ORDER |
| v. | |
| ERIK K. SHINSEKI, Secretary United States Department of Veterans Affairs, | Date:  November 15, 2010 Time:  8:30 a.m. Ctrm:  4 Honorable Lawrence J. O'Neill |
| Defendants. | Proposed Date:  November 29, 2010 Trial Date:  March 14, 2011 |

Counsel for plaintiff herein, ERIC LEWIS, files his Exparte Application to Continue the Hearing Date for the Motion for Summary Judgment filed by the defendant on October 13, 2010, from November 15, 2010 to November 29, 2010.

The basis of this application is that based on the current hearing date, the plaintiff has only 21 days from the filing of Defendant's Motion for Summary Judgment to prepare and file his Opposition which makes the Opposition due on November 3, 2010.  That is insufficient time given the amount of time that the defendant has had to prepare for this Motion than the issues that must be addressed in the Opposition.  The plaintiff has requested that the defendant stipulate to change the date of hearing. The defendant was not willing to do so because the Scheduling Order identifies November 15, 2010

-1-
ExParte Application to Continue Hearing Date – 10-13-10

as the last day for hearing dispositive motions.  However, the defendant is willing to state that it has no opposition to such a change if the court, in its discretion, grants plaintiff's application.

It is, therefore, respectfully requested that the hearing date be moved from November 15, 2010, at 8:30 a.m., in Department 4, to November 29, 2010, at 8:30 a.m., in Department 4, with the Opposition due on November 17, 2010.

DATED:  October 15, 2010      /s/ Jacob M. Weisberg_____
                              JACOB M. WEISBERG
                              Attorney for Plaintiff
                              ERIC LEWIS

### STATEMENT OF NO OPPOSITION

The defendant, through its counsel, does not oppose the plaintiff's Application to Continue Hearing Date from November 15, 2010, at 8:30 a.m., in Department 4, to November 29, 2010, at 8:30 a.m., in Department 4.

DATED:  October 15, 2010      BENJAMIN B. WAGNER
                              United States attorney

                              __/s/Alyson Berg_____ __
                              Alyson Berg, Assistant United States Attorney
                              Attorney for ERIK K. SHINSEKI, Secretary
                              United States Department of Veterans Affairs,

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED that the Motion for Summary Judgment be continued from November 15, 2010, at 8:30 a.m., in Department 4, to December 2, 2010, at 8:30 a.m., in Department 4, with the Opposition due on November 17, 2010.

DATED:  _October 15, 2010___

                              /s/ Lawrence J. O'Neill_____
                              LAWRENCE J. O'NEILL
                              UNITED STATES DISTRICT JUDGE