1  Jacob M. Weisberg, SBN 049065
   The Law Offices of Jacob M. Weisberg
2  844 North Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Fax (559) 442-3164
4
   Attorney for Plaintiff Eric Lewis
5

6

7
                      **UNITED STATES DISTRICT COURT**
8                     **EASTERN DISTRICT OF CALIFORNIA**

9

10   ERIC LEWIS,                              CASE NO:  Case No.: 1:09-cv-00318-LJO-DLB

11                    Plaintiff,               STIPULATION FOR ENTRY OF DISMISSAL
                                               OF ERIC K. SHINSEKI, SECRETARY,
12       vs.                                   UNITED STATES DEPARTMENT OF
                                               VETERANS AFFAIRS  (FRCP § 41 (a)(1) (B))
13   ERIC K. SHINSEKI, Secretary
14   United States Department of Veterans Affairs,

15                    Defendant.

16
           On or about December 20, 2010, a Settlement Agreement and Release of All Claims was made
17
   and entered into by and between ERIC LEWIS (hereinafter "Plaintiff") and ERIC K. SHINSEKI,
18
   Secretary, United States Department of Veterans Affairs (hereinafter "Defendant").
19
           In accordance with the provisions of the Settlement Agreement, IT IS HEREBY
20
   STIPULATED by and between the parties to this action through their designated counsel that the
21
   above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil
22
   Procedure § 41 (a)(1) (B), and that each party will bear their own attorney's fees and costs.
23
24         Dated:  January 18, 2011                LAW OFFICE OF JACOB M. WEISBERG
25

26                                                 By:  /s/ Jacob M. Weisberg
                                                       Jacob M. Weisberg, Attorney for Plaintiff
27                                                     ERIC LEWIS
28
                                                  -1-

Dated: January 18, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ Alyson A. Berg_____
                                             Alyson A. Berg, Attorneys for Defendant
                                             United States of America



### ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.  The Clerk is directed to close this action in its entirety.**

Dated: January 19, 2011                /s/ Lawrence J. O'Neill_____

                                        United States District Judge

Lewis v. Dr. James Peakes, et al.                Stipulation of Entry of Dismissal
                                                 Case No. 1:09-cv-00318-LJO-DLB